UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTIN SEALEY, | No. 1:23-cv-00253-ADA-EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL |
| v. | |
| T. CISNEROS, et al., | (ECF Nos. 5, 6) |
| Defendants. | |

Plaintiff Dean Martin Sealey ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 23, 2023, the assigned Magistrate Judge entered findings and recommendations, recommending that this action proceed on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Steve, Fagundes, and Dustin and that all other claims and Defendants be dismissed. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto must be filed within twenty-one days. (*Id.* at 9.)

Plaintiff has filed no objections, and the time to do so has expired. However, on June 14, 2023, Plaintiff filed a motion thanking the Court for the findings and recommendations and inquiring as to how service of process will proceed and what he must do, if anything. (ECF No. 6.) At this time, Plaintiff need not take any action as to service. If any action is required of him, the

assigned Magistrate Judge will issue an appropriate order.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The Court adopts the findings and recommendations issued on May 23, 2023, (ECF No. 5), in full;
2. This case proceeds on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Steve, Fagundes, and Dustin;
3. All other claims and Defendants are dismissed; and
4. Plaintiff's motion requesting information as to service, (ECF No. 6), is granted to the extent that Plaintiff is advised that he need not take any action as to service at this time. Rather, if any action is required of him, the assigned Magistrate Judge will issue an appropriate order.

IT IS SO ORDERED.

Dated:   July 17, 2023

_____
UNITED STATES DISTRICT JUDGE