UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTIN SEALEY,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN FAGUNDES, et al.,<br><br>Defendants. | Case No.   1:23-cv-00253-ADA-EPG<br><br>ORDER GRANTING MOTION TO SUBSTITUTE<br><br>(ECF No. 24) |

  Plaintiff Dean Martin Sealey is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Steve and Dustin Fagundes. (ECF No. 11). In its August 9, 2023 order, the Court gave Plaintiff one-hundred and twenty days (120) days from the date of service of the order to identify and file a motion to substitute Defendant Steve, whose last name was not listed in the complaint. (ECF No. 16).

  Before the Court is Plaintiff's motion to substitute Defendant Steve with Defendant Steve Souza.[1] (ECF No. 24). The Court notes that, on August 24, 2023, a waiver of service of summons was returned as executed for Defendant Steve Souza. (ECF No. 18). Accordingly, the Court finds substitution to be proper, and notes that Plaintiff need not attempt to serve this Defendant.

  Accordingly, IT IS ORDERED as follows:

---

[1] The motion states that Plaintiff filed a motion to substitute on August 23, 2023, but misspelled Defendant's last name as "Sosa." He asks to amend the motion to correct the spelling to "Souza." Plaintiff is advised that the Court did not receive a prior motion to substitute.

1

1. Plaintiff's motion to substitute (ECF No. 24) is granted.
2. All references in the complaint to "Steve" shall be substituted with Steve Souza. This case proceeds on Plaintiff's Eighth Amendment conditions of confinement claims against Defendants Steve Souza and Dustin Fagundes. (ECF No. 5).
3. The Clerk of Court is directed to terminate "Steve" from the docket and add "Steve Souza" as a defendant.

IT IS SO ORDERED.

Dated:  **September 5, 2023**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE