UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MARTIN SEALEY,<br><br>        Plaintiff,<br><br>v.<br><br>DUSTIN FAGUNDES, et al.,<br><br>        Defendants. | Case No.   1:23-cv-00253-KES-EPG<br><br>ORDER GRANTING, IN PART, MOTION TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 45) |

    Plaintiff Dean Martin Sealey is a state prisoner appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is before the Court on Plaintiff's motion to file an amended motion for summary judgment. (ECF No. 45). As explained below, the Court will grant the motion in part.

    Under the scheduling order, the deadline for non-expert discovery is September 16, 2024, and the deadline to file dispositive motions is October 21, 2024. (ECF No. 37). Well before the dispositive-motion deadline—on April 19, 2024—Plaintiff filed a motion for summary judgment. (ECF No. 39). The Court granted Defendants an extension to October 21, 2024, to respond to Plaintiff's motion. (ECF No. 41).

    Plaintiff now moves for leave to file an amended motion for summary judgment. (ECF No. 45). As grounds, Plaintiff asserts that, upon review, he believes he has not properly supported his motion for summary judgment and would like to amend it. Additionally, Plaintiff requests leave to file original photographs with the Court that we would like to be later returned because

the copy machine that he must use does not produce quality images.

The Court will grant Plaintiff's motion as to his request to file an amended motion for summary judgment. Specifically, the Court will direct the Clerk of Court to terminate Plaintiff's current motion for summary judgment as no longer pending. Plaintiff will have until the October 21, 2024 dispositive-motion deadline to file an amended motion for summary judgment. This amended motion must contain all argument and evidence that Plaintiff wishes to present, and the Court will consult only these documents. Importantly, this Court will not review Plaintiff's prior motion for summary judgment, nor the attached exhibits, and Plaintiff is not permitted to reference either in his amended motion for summary judgment.

As to Plaintiff's request for copies, the Court will deny it. Plaintiff presents nothing to indicate that a lesser-quality image of the original photographs will materially affect the Court's review of them.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff's motion to amend his motion for summary judgment is granted in part. (ECF No. 45).
2. Plaintiff shall have until October 21, 2024, to file an amended motion for summary judgment complete in itself and without reference to the arguments or exhibits in his prior motion for summary judgment.
3. The Clerk of Court shall terminate Plaintiff's April 19, 2024 motion for summary judgment as no longer pending. (ECF No. 39).
4. Plaintiff's request to file original photographs to be later returned to him is denied.

IT IS SO ORDERED.

Dated:   **August 1, 2024**                   /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE